

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellant

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court. The agreed motion filed by the parties is GRANTED, the trial court's March 16, 2018 judgment is VACATED without regard to the merits, and this cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We ORDER that appellant and appellee each bear their own costs of this appeal.

We further ORDER the clerk of this court to issue mandate contemporaneously with the issuance of this court's opinion and judgment.

SIGNED December 4, 2019.

_____
Beth Watkins, Justice